B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Western District of Missouri

In re Debtor 1: William C Hunt  
    Debtor 2: Kathryn Louise Hunt,  

Case No. 18-40453-drd13

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee of Legacy Mortgage Asset Trust 2019-GS7</u>

Name of Transferee

<u>Goldman Sachs Mortgage Company</u>

Name of Transferor

Name and Address where notices to transferee should be sent:

NewRez LLC dba Shellpoint Mortgage Servicing  
PO Box 10826  
Greenville, SC 29603-0826

Phone: <u>(800) 365-7107</u>  
Last Four Digits of Acct #: <u>2298</u>

Name and Address where transferee payments should be sent (if different from above):

Phone:  
Last Four Digits of Acct #:

Court Claim # (if known): <u>8-2</u>  
Amount of Claim: $42,956.55  
Date Claim Filed: 03/22/2019

Phone: <u>800-365-7107</u>  
Last Four Digits of Acct. #: <u>2298</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ Julian Cotton</u>    As Authorized Agent    Date: <u>01/15/2020</u>  
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.